**PAULETTE L. STEWART**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL DELGADO-RODRIGUEZ, Defendant. | MJ-25-61-GF-JTJ  **MOTION TO DISMISS COMPLAINT** |
|---|---|

  The United States hereby moves to dismiss the complaint. Fed. R. Crim. P. 48(a). The motion is made because, following his initial appearance, the defendant provided proof that he has complied with his registration requirements.

  Defendant's counsel has no objection to this motion. L.R. CR 47.1(a).

1

Respectfully submitted this 5th day of May 2025.

            KURT G. ALME
            United States Attorney

            */s/ Paulette L. Stewart*
            Assistant U.S. Attorney
            Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. CR 12, I hereby certify that the foregoing document is proportionately spaced, has a typeface of 14 points or more, and the body of the brief contains 67 words.

DATED this 5th day of May 2025.

            */s/ Paulette L. Stewart*
            Assistant U.S. Attorney
            Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, a copy of the foregoing document was served on the following persons by the following means:

(1,2)    CM/ECF
( )       Hand Delivery
( )       U.S. Mail
( )       Overnight Delivery Service
( )       Fax
( )       E-Mail

1. Clerk, U.S. District Court

2. David F. Ness
   Federal Defenders of Montana

*/s/ Paulette L. Stewart*
Assistant U.S. Attorney
Attorney for Plaintiff