# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL DELGADO-RODRIGUEZ,<br><br>Defendant. | MJ-25-61-GF-JTJ<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT** |

The United States moves to dismiss the complaint in this case. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED. The complaint in this matter is DISMISSED. The trial and all deadlines are vacated.

DATED this 5th day of May, 2025.

_____
John Johnston
United States Magistrate Judge